# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1558
Lower Tribunal No. 19-32206
_____

**Luis E. Cortes, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Shield Law Group of Florida, LLC, and Jamie Alvarez, Jesse Peterson, and Clement Dean (Davie), for appellants.

Luks, Santaniello, Petrillo, Cohen & Peterfriend, and Lauren J. Smith (Stuart), for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.